### BARBOUR *v.* BENTON.

GILBERT, J. The contention of the plaintiff in error is controlled adversely by the case of *Jones* v. *Hicks,* 150 *Ga.* 657 (104 S. E. 771, 10 A. L. R. 1315), the request to review which is denied.

*Judgment affirmed. All the Justices concur.*

No. 2488. JULY 13, 1921.

Habeas corpus. Before Judge Meldrim. Chatham superior court. January 8, 1921.

*Robert L. Colding* and *Lawrence & Abrahams,* for plaintiff.

*Walter C. Hartridge, solicitor-general,* for defendant.

---

### RASKIN *v.* DIXON, sheriff.

BECK, P. J. This case is controlled by the ruling in the case of *Barbour* v. *Benton, ante.* .*Judgment affirmed. All the Justices concur.*

No. 2489. JULY 14, 1921.

Habeas corpus; from Chatham. December 13, 1920.

Counsel as in case next before.